March 5, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

EX PARTE TYGER WADE LUCAS

NO. 14-12-00289-CR

_____

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in judgment. The Court orders the judgment **AFFIRMED**, and that this decision be certified below for observance. The Court further orders that Tyger Wade Lucas pay all costs incurred in this appeal.